# United States District Court

Eastern District of Wisconsin

**JUDGMENT IN A CIVIL CASE**

**DELORES JEAN BLUE,**

    **Plaintiff,**

v.                                  Case No. 05-C-755

**ALPHONSO JACKSON,**
Secretary of United States Department of
Housing and Urban Development,

    **Defendant.**

[x]    **Decision by Court**. This action came for consideration before the Court.

**IT IS ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is **granted**. Blue's complaint and this action are hereby **dismissed** with prejudice.

                                              Jon W. Sanfilippo, Clerk of Court
                                              EASTERN DISTRICT OF WISCONSIN

Date: <u>June 12, 2007</u>           (By) Deputy Clerk, <u>s/C.Quinn</u>

                                              Approved this <u>12th</u> day of June, 2007.

                                              s/AARON E. GOODSTEIN
                                              United States Magistrate Judge